# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GIPSON,<br><br>　　　　Respondent. | Case No. 1:14-cv-00509-LJO-SAB-HC<br>Case No. 1:13-cv-01758-LJO-JLT-HC<br><br>ORDER DIRECTING CLERK OF COURT TO FILE PETITION [ECF #1] FROM CASE 1:14-cv-00509-LJO-SAB-HC IN CASE 1:13-cv-01758-LJO-JLT-HC AS A MOTION TO AMEND<br><br>ORDER ADMINISTRATIVELY CLOSING CASE 1:14-cv-00509-LJO-SAB-HC |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 23, 2013, Petitioner filed a petition for writ of habeas corpus in this Court. The case was assigned Case No. 1:13-cv-01758-LJO-JLT-HC.  He then filed a first amended petition on December 6, 2013.  The petition challenges Petitioner's 2011 conviction in Kern County Superior Court for kidnaping, carjacking, armed robbery, assault with a firearm, terrorist threats, and multiple enhancements.  The petition is currently pending review by the Court.

On April 11, 2014, Petitioner filed a new petition for writ of habeas corpus in this Court. The case was assigned Case No. 1:14-cv-00509-LJO-SAB-HC.  The petition also challenges Petitioner's 2011 conviction out of Kern County Superior Court.

///

## I.

## DISCUSSION

"[W]here a new pro se petition is filed before the adjudication of a prior petition is complete, the new petition should be construed as a motion to amend the pending petition rather than as a successive application." Woods v. Carey, 525 F.3d 886, 888-890 (9th Cir. 2008). But where the claims have already be denied in the previously-filed action, the new petition is construed as a second or successive petition under 28 U.S.C. § 2244(b). Beaty v. Schriro, 554 F.3d 780, 782-83 (9th Cir.2009).

In this case, the petition filed in Case No. 1:13-cv-01758-LJO-JLT-HC had not been adjudicated when Petitioner commenced his second action. Therefore, the Court must consider the petition filed in Case No. 1:14-cv-00509-LJO-SAB-HC as a motion to amend the previously-filed petition.

## II.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1) The Clerk of Court is DIRECTED to FILE the Petition (ECF No. 1) from Case No. 1:14-cv-00509-LJO-SAB-HC in Case No. 1:13-cv-01758-LJO-JLT-HC as a Motion to Amend;

2) The Clerk of Court is DIRECTED to ADMINISTRATIVELY CLOSE Case No. 1:14-cv-00509-LJO-SAB-HC; and

3) Petitioner is INSTRUCTED that all future pleadings should be identified by the case number: 1:13-cv-01758-LJO-JLT-HC.

IT IS SO ORDERED.

Dated:   **April 23, 2014**

UNITED STATES MAGISTRATE JUDGE